**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:21CR156** |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **KRISTEN M. PATTERSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

      This matter is before the court on defendant's Unopposed Motion to Continue Trial [55].  For the reasons set forth in the motion, the undersigned magistrate judge finds good cause to grant the continuance. Accordingly,

      **IT IS ORDERED** that the Unopposed Motion to Continue Trial [55] is granted, as follows:

1. The jury trial now set for October 25, 2022, is continued to **December 13, 2022**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 13, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED: October 11, 2022**

                        **BY THE COURT:**

                        **s/ Michael D. Nelson
United States Magistrate Judge**